United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

__14__ CV __3532(SJF)(AKT)__

1) indicated that this case is related to the following case(s):

-OR-

2) the case was directly assigned to **Judge Feuerstein and Magistrate Judge Tomlinson** as related to 13cv4879(SJF)(AKT), 13cv5236(SJF)(AKT) and 13cv7199(SJF)(AKT).