UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JARRETT R. JENKINS, | : | |
| Plaintiff, | : | |
| v. | : | No. 2:14-cv-03532-SJF-AKT |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

Please enter my appearance on behalf of the Defendant in the above-captioned matter.

Date: September 8, 2014

THE DEFENDANT
PORTFOLIO RECOVERY
ASSOCIATES, LLC

By: _____/s/_____
   Drummond C. Smith

Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:  (203) 333-9441
Fax: (203) 333-1489
E-Mail: dsmith@znclaw.com

\

Its Attorneys

## **CERTIFICATION**

      I hereby certify that on September 8, 2014 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                                       /s/
                                           Jonathan D. Elliot